## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **CASE NO. 15–30786** |
| **CALMENA ENERGY SERVICES INC.,** | § | |
| | § | **Chapter 15** |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–30787** |
| **CALMENA ENERGY SERVICES (USA) CORP.,** | § | |
| | § | **Chapter 15** |
| | § | |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–30789** |
| **CALMENA DRILLING SERVICES LLC,** | § | |
| | § | **Chapter 15** |
| | § | |
| Debtor in a foreign proceeding. | § | |
| In re: | § | |
| | § | **CASE NO. 15–30790** |
| **CALMENA DRILLING SERVICES US LP,** | § | |
| | § | **Chapter 15** |
| | § | |
| Debtor in a foreign proceeding. | § | |

### RECEIVER'S MOTION FOR JOINT ADMINISTRATION

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

Now comes Ernst & Young Inc. ("**EY**"), as the court-appointed receiver (the "**Receiver**") based upon the Receivership Order dated January 20, 2015, evented by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada (the "**Canadian Proceeding**"), and authorized foreign representative of the above-captioned Debtors[1] to file this *Receiver's Motion for Joint Administration* (the "**Motion**"), and states:

## I.
## JURISDICTION, VENUE, AND CORE ALLEGATIONS

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and (b) and 11 U.S.C. § 1501 of the Bankruptcy Code. Venue is proper in this district pursuant to 28 U.S.C. § 1410. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## II.
## PRELIMINARY STATEMENT

2.      The Debtors are part of a group of Canadian-based companies that have been placed into a receivership proceeding under the Bankruptcy and Insolvency Act in Canada, which is a foreign proceeding within the meaning of 11 U.S.C. § 101(23).  The Receiver is the Canadian court-appointed receiver, who is a foreign representative within the meaning of § 101(24).  The Receiver seeks joint administration of these four affiliated Debtors' chapter 15 bankruptcy cases in accordance with Bankruptcy Local Rule 1015−1.  Joint Administration is typically not contested, and it a standard first-day order in complex cases.  Joint administration will result in savings to the Debtors and in ease of administration for the court and the creditors. To that end, contemporaneously with the filing of the Motion the Receiver has filed the *Receiver's Motion to Limit Service*.

---

[1]      The Debtors are Calmena Energy Services Inc.; Calmena Energy Services (USA) Corp.; Calmena Drilling Services LLC; and Calmena Drilling Services US LP.

## III.
## SUPPORT FOR THE MOTION

3.     The Receiver attaches the following Exhibit to the Motion.

| Exhibit | Description | Comment |
|---------|-------------|---------|
| A | Form of Order Granting Receiver's Motion for Joint Administration | |

4.     The Receiver also requests that the Court take judicial notice of the records in the above-referenced bankruptcy cases and relies upon the *Receiver's Notice of Filing of Documents in Support of First Day Motions* (the "**Notice**") filed contemporaneously with the Motion.

## IV.
## BACKGROUND

**A.     The Debtors.**

5.     The above-referenced Debtors are four affiliated entities under the ambit of Calmena Energy Services Inc. ("**Calmena**" or "**CESI**"), an international oilfield services company providing well bore construction services and both conventional and directional drilling.  The name "Calmena" is derived from the acronym "CALAMENA," which represents the locations around the world in which the various affiliates of the above-referenced Debtors have operated—CA: Canada, AL: Alberta, CAL: Calgary, LA: Latin America, ME: Middle East and Mexico, NA: North Africa and North America.

6.     Although various Calmena Entities (defined below) work in resource basins internationally, the control and operations are anchored in Calgary, the site of the headquarters, senior management, financial services, strategic operations, safety auditors, and investor relations.  CESI is a public company in Canada with shares trading on the Toronto Stock Exchange under the ticker symbol CEZ.

7.     The four Debtor entities include: CESI, which is the 100-percent Canadian parent company of Calmena Energy Services (USA) Corp. ("**CES USA Corp.**").  CES USA Corp. is in

turn the 100-percent owner of Calmena Drilling Services LLC ("**Drilling LLC**") and owns ninety-nine percent of Calmena Drilling Services US LP ("**Drilling LP**"). Drilling LLC owns the remaining one-percent interest in Drilling LP.

8.    Eleven entities are subject to the Receivership Order in the Canadian Proceeding. In addition to the above-referenced Debtors, the following related entities are subject to the Receivership Order: Calmena Energy Holdings Ltd.; Calmena Energy Services Operating Limited Partnership; 1414995 Alberta Ltd.; BW Services Luxembourg Sarl; BWES Services de Mexico, S. de. R.L. de C.V.; Pan American Drilling S. de R.L. de C.V.; and Calmena Luxembourg Holdings S.a.r.l. (the "**Non-Debtor Entities**"). The Non-Debtor Entities are all affiliates of the above-referenced Debtors but are not included in the U.S. chapter 15 cases.

9.    CESI, the Canadian parent and affiliate of the above-referenced Debtors and the Non-Debtor Entities, also has several other affiliates not included in either the U.S. chapter 15 cases or the Canadian Proceedings (the "**Other Entities**"). The above-referenced Debtors, the Non-Debtor Entities, and the Other Entities may be referenced collectively as the "**Calmena Entities**."

**B.    The Canadian Proceeding.**

10.    The Bankruptcy and Insolvency Act ("**BIA**") is the one of two pieces of federal legislations in Canada applicable to bankruptcies and insolvencies.[1] Bankruptcy and Insolvency Act, R.S.C. 1985, c. B-3 (Can.). The BIA governs both voluntary and involuntary bankruptcy liquidations and provides for debtor reorganizations.

---

[1]    The second federal legislation in Canada concerning bankruptcies and insolvencies is the Companies' Creditors Arrangement Act ("**CCAA**"), which affords financially troubled corporations the opportunity to restructure their financial affairs through a "Plan of Arrangement." Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36 (Can.). The CCAA process is akin to chapter 11 of the Bankruptcy Code, affording companies an opportunity to restructure operations rather than liquidate. *See In re Fracmaster, Ltd.*, 237 B.R. 627, 629 n.3 (Bankr. E.D. Tex. 1999).

11.     The BIA also authorizes a court to appoint a receiver upon application by a secured creditor.  *Id.* § 243(1).  Such court-appointed receivers are given a mandate and specific powers as set out in the order appointing the receiver.  These duties typically include: (1) taking possession and control of the property and assets of the debtor; (2) marketing and selling such property and assets in a commercially reasonable manner (whether as a going concern, en-bloc, or otherwise) and under the supervision and approval of the appointing court; and (3) distributing the proceeds of such sales to the stakeholders in accordance with the legal entitlement.  The appointing court has broad discretion to authorize the receiver to "take any other action that the court considers advisable."  *Id.* § 243(1)(c).

12.     A court-appointed receiver under the BIA is a "national" receiver, meaning that a receiver administers assets in each of Canadian's ten provinces and three territories typically without further order of provincial courts.  The BIA and its related legislation (the Companies' Creditors Arrangement Act) are federal legislation.  But provincial legislative jurisdiction governs property and civil rights, potentially affecting some insolvency-related matters, similar to the interplay between state and federal law in the United States.  Nonetheless, the BIA provides a statutory framework for a court-appointed receiver to carry out its mandate on a national basis rather than relying on the various provincial statues or courts for its authority.

13.     The Receivership Order against the Debtors in the Canadian proceeding is based upon the powers available under section 243(1) of the BIA.  The Receivership Order entered by the Court of Queen's Bench of Alberta in the Judicial Centre of Calgary, Canada (the "**Canadian Court**") includes a request by the Canadian Court for "aid and recognition by any court . . . having jurisdiction in Canada, the United States . . . , and any other jurisdiction in which the [Debtor's property] may be located, to give effect to [the Receivership Order] and to assist the

Receiver and its agents in carrying out the terms of [the Receivership Order]."  Receivership Order ¶ 28.

14.    On February 5, 2015, the Receiver filed Official Form No. 1 chapter 15 petitions for each of the above-referenced Debtors pursuant to 11 U.S.C. §§ 1504, 1509(a), and 1515(a). Pursuant to the Receivership Order, the Receiver is a foreign representative in a foreign proceeding, and seeks relief under chapter 15 of the Bankruptcy Code (the "**Code**").

**V.**
**RELIEF REQUESTED**

**A.**    **Description of the Cases to Be Administered Jointly.**

15.    The Receiver provides the following information about how the four affiliated Debtors would be administered jointly.  The name and case number of each case sought to be jointly administered are:

| Debtor Name | Case No. |
|---|---|
| Calmena Energy Services Inc. | 15–30786 |
| Calmena Energy Services (USA) Corp. | 15–30787 |
| Calmena Drilling Services LLC | 15–30789 |
| Calmena Drilling Services US LP | 15–30790 |

16.    The proposed style and case number to be used on subsequent pleadings if joint administration is ordered is:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 15–30786** |
| **CALMENA ENERGY SERVICES INC.,** | § | **Jointly Administered** |
| ***et al.,***[1] | § | |
| | § | **Chapter 15** |
| **Debtors in a foreign proceeding.** | | |

---

[1]    The Debtors are Calmena Energy Services Inc.; Calmena Energy Services (USA) Corp.; Calmena Drilling Services LLC; and Calmena Drilling Services US LP.

17.     The Receiver will propose amendments or consolidation of mailing lists as necessary to ensure due process and proper notice in future filings.

**B.      Need for Joint Administration.**

18.     Federal Rule of Bankruptcy Procedure 1015(b) allows for the joint administration of a debtor and its affiliates.  Each of the Debtors are related in the same corporate family and are managed by the same management.  The Receiver intends to continue the orderly liquidation of the assets and winding up of operations for all of the Debtors in accordance with the parameters of the Receivership Order and oversight of this Court and the Canadian Court.  Joint administration will result in savings to the Debtor and to the creditor body and will save the Court and the clerk's office time by avoiding multiple filings in multiple cases.  Otherwise, virtually each time a document is filed, it will likely need to be filed at least four times.  The proposed form of order submitted as **Exhibit A** complies with the form included in appendix B of the Bankruptcy Local Rules and has the check-box options dictated by that form order.

## VI.
## PRAYER

WHEREFORE, the Receiver respectfully requests that the Court enter the proposed order attached as **Exhibit A** to the Motion, granting the relief requested herein, and grant all other relief, at law or in equity, to which the Receiver is justly entitled.

Dated:  February 6, 2015

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**


By:    /s/ Timothy S. Springer
      R. Andrew Black (TX 02375110)
      Bob Bruner (TX 24062637)
      andrew.black@nortonrosefulbright.com
      bob.bruner@nortonrosefulbright.com
      Fulbright Tower
      1301 McKinney, Suite 5100
      Houston, TX 77010-3095
      Telephone:  (713) 651-5364
      Facsimile:  (713) 651-5246

Steve A. Peirce (TX 15731200)
steve.peirce@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

Louis R. Strubeck, Jr. (TX 19425600)
Timothy S. Springer (TX 24088460)
louis.strubeck@nortonrosefulbright.com
tim.springer@nortonrosefulbright.com
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

**COUNSEL FOR CANADIAN RECEIVER**


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Receiver's Motion for Joint Administration* has been served upon the persons entitled to notice on the attached service list by either U.S. first class mail, postage prepaid or by electronic notification on February 6, 2015.


    /s/ Timothy S. Springer

ADP, LLC
ONE ADP DRIVE MS-100
AUGUSTA, GA 30909


AIR COMFORT SOLUTIONS
908 MESSENGER LANE
MOORE, OK 73160


ALDINE I.S.D.
PO BOX 203989
HOUSTON, TX 77216-3989


ALPINE CANADA CORP.
3900, 350 – 7TH AVENUE SW
CALGARY, ALBERTA T2P 3N9


AMEGA WEST SERVICES LLC
7454 SOLUTION CENTER
CHICAGO, IL 60677-7004


AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX  75265-0448


ANDY ROSENFELT
1322 3RD AVE SW
ARDMORE, OK 73401


ANTHONY DONARUMA
PO BOX 731
JONES, OK 73049


APPLIED PHYSICS SYSTEMS
281 EAST JAVA DRIVE
SUNNYVALE, CA 94089


AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014


BICO DRILLING TOOLS, INC.
P.O. BOX 301260
DALLAS, TX 75303-1260

BRENT GYORI
44 LAKEWAY BLVD
SYLVAN LAKE, AB T4S 2M9


BRUCE HOOPER
1311 N ELM
GUTHRIE, OK 73044


BRUCKNER BURCH, P.L.L.C.
ATTN: RICHARD J. BURCH
8 GREENWAY PLAZA, SUITE 1500
HOUSTON, TX 77046


BUGTIMES TERMITE AND PEST CONTROL LP
235 FM 1960 E BYPASS RD
HUMBLE, TX 77338


CALEB DECK
11665 MARBELLA DR
OKLAHOMA CITY, OK 73173


CANADA REVENUE AGENCY
REGIONAL INTAKE CENTRE FOR INSOLVENCY
SUITE 10, 9700 JASPER AVENUE NW
EDMONTON, AB T5J 4C8


CAVARE LTD.
7901-39 STREET
LEDUC, AB T9E 0B3


CENTERPOINT ENERGY
PO BOX 4981
HOUSTON, TX 77210-4981


CERIDIAN
PO BOX 10989
NEWARK, NJ 07193


CINTAS CORPORATION #440
PO BOX 650838
DALLAS, TX 75265-0838


CLARA HERNANDEZ
111 SUNLAKE WAY SE
CALGARY, AB T2X 3E4

CODY'S CLEANING
9319 SO HUDSON
OKLAHOMA CITY, OK 73139


COMCAST
PO BOX 660618
DALLAS, TX  75266-0618


COMMUNITY COFFEE COMPANY, LLC
PO BOX 60141
NEW ORLEANS, LA 70160


CONROE WELDING & SUPPLY INC
DRAWER 2588
CONROE, TX 77305


CONSOLIDATED COMMUNICATIONS
PO BOX 66523
SAINT LOUIS, MO 63166-6523


COX COMMUNICATIONS
PO BOX 248851
OKLAHOMA CITY, OK 73124-8851


DANCO INSPECTION SERVICE, INC
1324 SW 155TH ST
OKLAHOMA CITY, OK 73170


DANIEL NORRIS
#902, 220 - 12 AVE SE
CALGARY, AB T2G 0R5


DANIEL SALAZAR MARTINEZ
500 WICHITA AVENUE UNIT #6
MCALLEN, TX 78503


DAVE EMOND
16 CARNARVON WAY NW
CALGARY, AB T2K 1W4


DAWNE MORRISON
14117 N ROCKWELL AVE, APT 2103
OKLAHOMA CITY, OK 73142

DICE HOLDINGS INC
4939 COLLECTIONS CENTER DR
CHICAGO, IL 60693


DUSTIN AULT
1813 NW 195TH CIRCLE
EDMOND, OK 73012


DYNA-DRILL TECHNOLOGIES, INC
1200 ENCLAVE PARKWAY MAILDROP 417
HOUSTON, TX 77077


ELITE DOWNHOLE MOTORS, LLC
PO BOX 890086
OKLAHOMA CITY, OK 73189


ERIC SLAPE
9500 SW 28TH ST.
OKLAHOMA CITY, OK 73128


ESSENTIAL LOGISTICS, LLC
PO BOX 430453
HOUSTON, TX 77243


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON
ATTN: MICHAEL A. JOSEPHSON
1150 BISSONNET
HOUSTON, TX 77005


GE ENERGY OILFIELD TECHNOLOGY INC.
P.O. BOX 841696
DALLAS, TX 75284


GEOLOGICAL SURVEY OF ALABAMA
STATE OIL AND GAS BOARD
P.O. BOX 1368
MOBILE, AL 36633-1368

GOSS & JONES LP
3120 SW 131 STREET
OKLAHOMA CITY, OK 73170


GRAINGER
DEPT 87262647 PO BOX 419267
KANSAS CITY, MO 64141-6267


GREEN PARKWAY M.U.D MIKE ARTERBURN,TAX A/C
11500 NW FREEWAY, STE. 465
HOUSTON, TX 77092


GUARANTEED PEST SERVICE
P.O. BOX 5381
EDMOND, OK 73129


GUARDIAN
PO BOX 677458
DALLAS, TX 75267-7458


GULF COAST BANK AND TRUST COMPANY
PO BOX 203047
HOUSTON, TX 77216-3047


GYRODATA
PO BOX 650823
DALLAS, TX 75265


HALLIBURTON WORLDWIDE GMBH
BAARERSTRASSE 96
6300 ZUG, SWITZERLAND


HI-TECH SEALS INC. USA
105 GLADSTELL STREET
CONROE, TX 77301


HITHEM AGAMAWY
721 EVANSTON DRIVE NW
CALGARY, AB T3P 0N7
HOSEIN KAVIANI-FAR
PO BOX 905
STILLWATER, OK 74076

HSBC BANK CANADA
SPECIAL CREDIT DEPARTMENT
ATTN: JEFF LOVESTEAD
3RD FLOOR, 2910 VIRTUAL WAY
VANCOUVER, B.C. V5M 0B2


HUGG AND HALL EQUIPMENT CO
PO BOX 194110
LITTLE ROCK, AR 72219-4110


ILLINOIS DEPARTMENT OF NATURAL RESOURCES
ONE NATURAL RESOURCES WAY
SPRINGFIELD, IL 62702-1271


INTEGRATED APPLICATIONS ENGINEERING
518 SUGAR CREEK BLVD
SUGARLAND, TX 77478


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF – INSOLVENCY
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES BROWN THE LOCKSMITH
1616 NORTH FRAZIER STE C
CONROE, TX 77301


JAMES SAAB
25822 MARSHBROOK LANE
SPRING, TX 77389


JOHN KING
4708 BRITANNIA DR SW
CALGARY, AB T2S 1J7


KALSI ENGINEERING
745 PARK TWO DRIVE
SURGAR LAND, TX 77478


KANSAS CORPORATION COMMISSION
ATTN: CONSERVATION DIVISION
266 N. MAIN ST., STE. 220
WICHITA, KS 67202-1513

KEN'S OILFIELD SUPPLY
P.O. BOX 263
MUSTANG, OK 73064


KEVIN QUINN
63 S. TERRACE MILL CIRCLE
THE WOODLANDS, TX 77382


KURT HYNES
1411A - 8TH AVENUE SE
CALGARY, AB T2G 0N1


LEE ALLEN
8712 NW  116TH TER
OKLAHOMA CITY, OK 73162


LEVINGE FREIGHT LINES
17463 IH 45 N
WILLIS, TX 77318


MCCARTHY TÉTRAULT LLP
ATTN: SEAN COLLINS
SUITE 4000
421 - 7TH AVENUE SW
CALGARY AB T2P 4K9


MICHAEL MCCULLAR
10957 MCDOWELL RD
CONROE, TX 77306


MIDLAND CENTRAL APPRAISAL DISTRICT
4631 ANDREWS HWY
MIDLAND, TX 79708-0002


MIKE CARTER
83 SUNSET PT
COCHRANE, AB T4C 0B4


MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P. O. BOX 4622.
HOUSTON, TX 77210-4622


MONTGOMERY COUNTY ALARM DETAIL
P.O. BOX 2178
CONROE, TX 77305-2178

MONTGOMERY COUNTY MUD #19
11111 KATY FREEWAY #725
HOUSTON, TX 77079-2197


MURRAY WILCOX
112 COVE PARK GREEN
CALGARY, AB T3K 6L2


NATIONAL OILWELL VARCO
PO BOX 201224
DALLAS, TX 75320-1224


NDIC OIL AND GAS DIVISION
600 EAST BOULEVARD AVE DEPT 405
BISMARCK, ND 58505-0840


O & D MANUFACTURING, INC
PO BOX 277
WHITE OAK, TX 75693-0277


OFFICE OF THE UNITED STATES TRUSTEE
515 RUSK STREET, SUITE 3516
HOUSTON, TX 77002


OG & E
P.O. BOX 24990
OKLAHOMA CITY, OK 73124-0990


OIL CONSERVATION DIVISION
1220 SOUTH ST. FRANCIS DR.
SANTA FE, NM 87505


OKLAHOMA CHILD SUPPORT SERVICES
PO BOX 248822
OKLAHOMA CITY, OK 73124


OKLAHOMA CORPORATION COMMISSION
OIL AND GAS DIVISION
2101 N LINCOLN BLVD
OKLAHOMA CITY, OK 73105


OKLAHOMA COUNTY TREASURER
P.O. BOX 268875
OKLAHOMA CITY, OK 73126-8875

OKLAHOMA NATURAL GAS COMPANY
PO BOX 219296
KANSAS, MO 64121-9296

OKLAHOMA TAX COMMISSION
PO BOX 26930
OKLAHOMA CITY, OK 73126-0930

P&S PROPERTIES LLC
11449 OUTPOST COVE
WILLIS, TX 77318

PETER BALKWILL
23 WEXFORD WAY SW
CALGARY, AB T3H 0H1

PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887

PRECISION INDUSTRIES INCORPORATED
PO BOX 1088
MCPHERSON, KS 67460

PSI SECURITY
P.O. BOX 15008
DEL CITY, OK 73155

PV FLUID PRODUCTS INC.
5150 BLALOCK ROAD
HOUSTON, TX 77041

QUALITY MACHINE SERVICES INC.
8412 SW 8TH STREET
OKLAHOMA CITY, OK 73128-4228

QUILL
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600

RAILROAD COMMISSION OF TEXAS
P.O. BOX 12967
AUSTIN, TEXAS 78711-2967

RANDALL DIEMERT
98 CITADEL MEADOW CLOSE
CALGARY, AB T3G 4T4


RED WING SHOE STORE
2105 D WEST DAVIS STREET
CONROE, TX 77304


RIGDATA
PO BOX 820547
FORT WORTH, TX 76182-0547


RSVP SERVICES INC.
501 WEST EDMOND RD.
EDMOND, OK 73003-5622


SHELLI'S CLEANING SERVICE
610 SW 52ND ST. #108
LAWTON, OK 73505


SIX RECRUITMENT
800 TOWN AND COUNTRY BLVD SUITE 300
HOUSTON, TX 77024


STABIL DRILL
DEPT. 2162 P.O. BOX 122162
DALLAS, TX 75312-2162


STEVE DAVIS
17200 HARDWOOD PL
EDMOND, OK 73012


STI, LLC
PO BOX 52288
LAFAYETTE, LA 70505


SYDNEY ENERGY SERVICES, INC
1116 SMALLWOOD LANE
HOUSTON, TX 77023


TARA HOWELL
2623 LIONEL CRESCENT SW
CALGARY, AB T3E 6B1

TAX AND REVENUE ADMINISTRATION – ALBERTA
9811 - 109 STREET
EDMONTON, AB T5K 2L5


TAX ASSESSOR/COLLECTOR - TAMMY MCRAE
400 N SAN JACINTO ST
CONROE, TX 77301-2823


TBS FACTORING SERVICE
PO BOX 210513
KANSAS CITY, MO 64121


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION - BANKRUPTCY SECTION
P.O. BOX 13528 CAPITOL STATION
AUSTIN, TX 78711


TEXAS WORKFORCE COMMISSION
TWC BUILDING - REGULATORY INTEGRITY DIVISION
101 EAST 15TH STREET
AUSTIN, TX 78778


THE CITY OF OKLAHOMA CITY
P.O. BOX 26570
OKLAHOMA CITY, OK 73126-0570


THE WAGGONERS TRUCKING
P.O. BOX 301420
DALLAS, TX 75303-1420


TOYOTA FINANCIAL SERVICES
COMMERCIAL FINANCE DEP. 2431
CAROL STREAM, IL 60132-2431


TRAVIS LYSAK
FASKEN MARTINEAU DUMOULIN LLP
3400 350 7TH AVE SW
CALGARY AB T2P 3N9


TY HENDREN
3210 W LAKEVIEW
STILLWATER, OK 74075

TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967


UNITED MACHINE WORKS
PO BOX 525
NEW WAVERLY, TX 77358


UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530


US BANK
OFFICE EQUIPMENT FINANCE SERVICES
ST. LOUIS, MO 63179-0448


US EPA REGION 6 BANKRUPTCY CONTACT
FOUNTAIN PLACE
1445 ROSS AVE.
DALLAS, TX 75202-2750


UTAH DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL, GAS AND MINING
1594 WEST NORTH TEMPLE, SUITE 1210
BOX 145801
SALT LAKE CITY, UTAH 84114-5801


VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108


WALTER CHANG
3154 LEDUC CRES. SW
CALGARY, AB T3E 5W9


WASTE MANAGEMENT
PO BOX 660345
DALLAS, TX 75266-0345


WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC
PO BOX 301003
DALLAS, TX 75303

WORKER'S COMPENSATION BOARD – ALBERTA
9912 107 ST. NW
EDMONTON, AB T5K 1G5


WYNDHAM GARDEN HOTELS
2101 SOUTH MERIDIAN
OKLAHOMA CITY, OK 73108


WYOMING OIL AND GAS CONSERVATION COMMISSION
P.O. BOX 2640
CASPER, WY 82602


ZACHARY SEESE
1100 CEDARCREST ST
NORMAN, OK 73071